O'BRIEN, BELLAND & BUSHINSKY, LLC
1526 Berlin Road
Cherry Hill, New Jersey 08003
(856) 795-2181
By: Steven J. Bushinsky, Esquire
W. Daniel Feehan, Esquire

*Attorneys for Plaintiffs*

UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| TRUSTEES OF INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 711 HEALTH & WELFARE FUND, et. al., Plaintiffs, v. GSS INDUSTRIES, LLC, Defendant. | 3:18-cv-08121-PGS-TJB  STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |
|---|---|

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between Plaintiffs, Trustees of International Union of Painters and Allied Trades District Council 711 Health & Welfare Fund, *et. al.*, and Defendant, GSS Industries, LLC, that the above-captioned action is voluntarily dismissed in accordance with the terms of the parties' Settlement Agreement, with prejudice.

SO ORDERED: [signature]
DATED: 10/21/19

| O'Brien, Belland & Bushinsky, LLC | DL Thompson Law, PC |
|---|---|
| *Counsel for Plaintiffs* | *Counsel for Defendant* |
| By: _____ <br> W. Daniel Feehan, Esquire <br> Dated: 10/16/19 | By: _____ <br> Donna Thompson, Esquire <br> Dated: 10/1/19 |

It is so ordered this _____
day of _____, _____

_____
Peter G. Sheridan, U.S.D.J.

2